IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>**JESUS SANCHEZ-RODRIGUEZ,**<br>Defendant. | Criminal No. 99-227(SEC) |

## MOTION REQUESTING EARLY TERMINATION OF SUPERVISE RELEASE

HON. SALVADOR E. CASELLAS
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

Now comes defendant, Jesús Sánchez-Rodríguez, pro se, and before this Honorable Court respectfully states and prays:

1. On January 3, 2001, Mr. Jesús Sánchez-Rodríguez was sentenced to serve a term of thirty-six (36) months of imprisonment as to Count I in 99-227(SEC) and as to Count 5 in Criminal 00-673(SEC) to be served concurrent with each other and a $200 Special Monetary Assessment.

2- Mr. Sánchez was released from custody and began serving his three (3) year term of supervision on January 16, 2004.

3. During his supervision Mr. Sánchez has complied with all conditions imposed. He is scheduled to end said supervision on January 16, 2007. He has completed over one (1) year of his term.

4. He is now requesting early termination of his term of supervised release. He is trying to move on with his life and believes that he has fully adjusted to life as a law abiding citizen. Mr. Sánchez has been laboring as a full time employee of "Transporte Rosario" since January 2004. He currently works as a truck driver. Furthermore, he has custody of his two children because their mother died two years ago.

**Criminal No. 99-227(SEC)**                                                                                             2

5. I have spoken with USPO Martin De Santiago, who informed me, I was adjusted well to being on supervision. I complied with submitting monthly reports as well as attending appointments and all other conditions imposed.

6. Title 18 USC 3583(e)(1) provides for early termination of supervised release. Said subsection allows the Court to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release..if it is satisfied that such action is warranted by the conduct of the defendant release and in the interest of justice.""

7. In the **Criminal No. 00-673(SEC) , the same motion** was filed on July 5, 2005 , docket 108, the same motion and was granted (docket 109) on July 26, 2005.

WHEREFORE, it is respectfully requested from this Honorable Court that, in the interest of justice, it grant the Instant Motion and terminate Mr. Sánchez-Rodriguez' supervision.

RESPECTFULLY SUBMITTED.

In Hato Rey, Puerto Rico, this 9TH of August, 2005.

*Jesus Sanchez*

**JESÚS SÁNCHEZ-RODRIGUEZ**
Pro Se
RR 11 Box 9724
Bayamón, PR 00956
Phone (787) 449-5500281-4899

**CERTIFICATE OF SERVICE**

**HEREBY CERTIFY** that on August 9, 2005, I served copy of the foregoing with the Clerk of the Court and for the government U.S. Attorney Warren Vazquez, and USPO Martin de Santiago.

In San Juan, Puerto Rico, this 9th day of August, 2005.

*Jesus Sanchez*
**Jesus Sanchez-Rodriguez, Pro se**